No. 245.  N. W. PALMER ET AL. *v.* RACHEAL KING ET AL. Error to the Supreme Court of the State of Oklahoma. Submitted March 21, 1921.  Decided April 18, 1921. *Per Curiam.*  Dismissed for the want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. C. S. Arnold* for plaintiffs in error.  *Mr. Elmer D. Means* for defendants in error.

---

No. 716.  HERBERT DARLINGTON *v.* HARRY W. MAGER, COLLECTOR OF INTERNAL REVENUE FOR THE FIRST DISTRICT OF ILLINOIS.  Error to the District Court of the United States for the Northern District of Illinois. Argued April 14, 1921.  Decided April 18, 1921. *Per Curiam.*  Affirmed with costs, upon authority of the Act of February 24, 1919, c. 18, § 213a, 40 Stat. 1057, 1065; Act of September 8, 1916, c. 463, § 2 (a), 39 Stat. 756, 757; *Merchants' Loan & Trust Co.* v. *Smietanka,* 255 U. S. 509; *Eldorado Coal & Mining Co.* v. *Mager,* 255 U. S. 522; *Goodrich* v. *Edwards,* 255 U. S. 527; and *Walsh* v. *Brewster,* 255 U. S. 536.  *Mr. Herbert Pope,* with whom *Mr. Rush C. Butler, Mr. James J. Forstall* and *Mr. E. B. Prettyman* were on the brief, for plaintiff in error.  *The Solicitor General* for defendant in error.